IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00860-WDM-PAC

ROBERT ALWARD,

      Plaintiff,

v.

VAIL RESORTS, INC., et al.,

      Defendants.

_____

**AMENDMENT TO JUNE 2, 2005 ORDER
ON OBJECTIONS TO ORDERS OF MAGISTRATE JUDGE**
Docket No. 194
_____

Due to a typographical error, misidentifying the order to which Plaintiff's objections were sustained, page 20 of the June 2, 2005 order on Plaintiff's objections is amended to state:

Accordingly, it is ordered that Plaintiff's objections, filed December 20, 2004 (Docket # 85), December 22, 2004 (Docket # 86 ), February 22, 2005 (Docket # 131), March 9, 2005 (Docket # 138), and March 31, 2005 (Docket # 160) are all overruled

except as to Magistrate Judge Coan's December 16, 2004 order imposing sanctions

against Plaintiff's counsel, which is sustained and remanded for proceedings consistent

with this order.

DATED at Denver, Colorado, on July 12, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge