IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00860-WDM-PAC

ROBERT ALWARD,

    Plaintiff,

v.

VAIL RESORTS, INC.,
VAIL CORPORATION, INC. D/B/A VAIL ASSOCIATES, INC.,
VR HOLDINGS, INC. AND
WILLIAM JENSEN,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's motion to refile response is granted; the respond to summary judgment motion is accepted for filing. The plaintiff's second motion to exceed page limitation is granted.

Dated: September 28, 2005

                                                /s/ Jane Trexler, Secretary/Deputy Clerk