IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00860-WDM-PAC

ROBERT ALWARD,

     Plaintiff(s),

v.

VAIL RESORTS, INC., et al.,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Plaintiff's Motion to Amend List of Trial Exhibits and Motion for Reconsideration [filed November 14, 2005; Doc. No. 306] is **denied** for failure to comply with D.C.Colo. LCivR. 7.1.A.

Dated:  November 16, 2005