IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00860-WDM-PAC

ROBERT ALWARD,

    Plaintiff(s),

v.

VAIL RESORTS, INC., et al.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
December 14, 2005

    Upon review of Plaintiff's Second Motion to Amend List of Trial Exhibits and Motion for Reconsideration, Doc. # 309, and the response, IT IS HEREBY

    **ORDERED** that, because defendants do not oppose that portion of plaintiff's motion, Plaintiff's Second Motion to Amend List of Trial Exhibits and Motion for Reconsideration, Doc. # 309, is **granted** with respect to the substitution of Ex. 7 with Ex. DD, and the addition of Exhibits 41, 42, and 43 **only**.  It is further

    **ORDERED** that, because plaintiff has not provided new evidence or new law which would cause the court to reconsider its previous order, plaintiff's request for any other relief in Plaintiff's Second Motion to Amend List of Trial Exhibits and Motion for Reconsideration, Doc. # 309, is **denied**.  *See* October 28, 2005 Order re Amendment of Final Pretrial Order, at 4-9.