IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00860-WDM-PAC

ROBERT ALWARD,

    Plaintiff(s),

v.

VAIL RESORTS, INC., et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Strike, or, Alternatively for a Six-Day Extension of Time to Respond Within the Time Allowed by D.C.COLO.LCivR 7.1(C) to Defendants' Motion to Amend (Doc. #331), filed September 15, 2006, is **denied in part and granted in part as follows:**

    Plaintiff's Motion to Strike Defendants' Motion to Amend is **DENIED**.

    Plaintiff's Response to Defendant's Motion to Amend Answer to Add Affirmative Defense of Mitigation of Damages is due **on or before September 27, 2006**.

Dated: September 18, 2006