IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00860-WDM-PAC

ROBERT ALWARD,

    Plaintiff,

v.

VAIL RESORTS, et al.,

    Defendant.

---

## AMENDED NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, all claims and counterclaims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 30, 2006.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge